**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 10 MM 2018

                  Respondent   :

                  v.   :

NOEL BROWN,   :

                  Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of March, 2018, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.